■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PIENCZYKOWSKI, Appellant. [783 NYS2d 301]—Appeals by the defendant from two judgments of the County Court, Orange County (Berry, J.), both rendered June 28, 2001, convicting him of burglary in the second degree under indictment No. 500/00, and burglary in the second degree under indictment No. 799/00, upon his pleas of guilty, and sentencing him to consecutive indeterminate terms of imprisonment of $1\frac{1}{3}$ to 4 years on each conviction.

Ordered that the judgments are modified, on the law, to provide that the sentences shall run concurrently with each other; as so modified, the judgments are affirmed.

The County Court exceeded its authority in sentencing the defendant, as a youthful offender, to consecutive sentences in excess of four years (*see* Penal Law § 60.02 [2]; § 70.00 [2] [e]; *People v Lucci,* 193 AD2d 623, 624 [1993]; *People v Simmons,* 188 AD2d 668, 669 [1992]). Thus, we modify the sentences accordingly. Santucci, J.P., Smith, S. Miller, Cozier and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR REYES, Appellant. [783 NYS2d 302]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 30, 1999 (*People v Reyes,* 264 AD2d 531 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered November 26, 1990, and dismissing an appeal from a purported judgment of the same court dated October 23, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Florio and Krausman, JJ., concur.